No. 83–29.  ROEMER *v.* UNITED STATES; and
No. 83–169.  MARCELLO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Reported below: 703 F. 2d 805.

No. 83–35.  MALLETTE BROS. CONSTRUCTION CO., INC., ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied. ■

No. 83–54.  LOPEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 83–78.  VERRUSSIO *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 83–119.  IN RE EDWARDS.  Sup. Ct. S. C.  Certiorari denied.

No. 83–134.  NESGLO, INC., ET AL. *v.* CHASE MANHATTAN BANK, N.A., ET AL. (two cases).  C. A. 1st Cir.  Certiorari denied.

No. 83–172.  COURT HOUSE PLAZA CO. *v.* CITY OF PALO ALTO ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–193.  RANIER & ASSOCIATES ET AL. *v.* WALDSCHMIDT, TRUSTEE; and
No. 83–342.  WALDSCHMIDT, TRUSTEE *v.* RANIER & ASSOCIATES ET AL.  C. A. 6th Cir.  Certiorari denied.  Reported below: 706 F. 2d 171.

No. 83–198.  BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION.  C. A. 9th Cir.  Certiorari denied.

No. 83–206.  MILLER *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 83–228.  S & VEE CARTAGE CO., INC., ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 83–247.  GOULD ET AL. *v.* CONTROL LASER CORP. ET AL. C. A. Fed. Cir.  Certiorari denied.